**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**SCOTT ALLEN SMITH**                                                                          **PLAINTIFF**

**v.**                            **Civil No. 07-3008**

**ROBERT "BEAU" ALLEN, Carroll**
**County Public Defender, and**
**ALAN D. EPLEY, Judge**                                                                      **DEFENDANTS**

### O R D E R

Now on this 26th day of April, 2007, comes on for consideration the Report and Recommendation, dated April 5, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court, having carefully reviewed said Report and Recommendation, finds that it is proper in all respects, and that it should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation is adopted in its entirety.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Smith's claims against Judge Alan D. Epley and Robert "Beau" Allen are hereby dismissed and this case closed.**

**IT IS SO ORDERED.**

                                                      **/s/Jimm Larry Hendren**
                                                      **HON. JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**